No. 151. UNITED STATES *v.* ARTHUR JOHN BANCROFT. Appeal from the Court of Claims. Argued December 5, 1922. Decided December 11, 1922. *Per Curiam.* Affirmed upon the authority of *Glavey* v. *United States,* 182 U. S. 595; *United States* v. *Andrews,* 240 U. S. 90, 94; *McMath* v. *United States,* 248 U. S. 151, 152. *Mr. Assistant to the Attorney General Seymour,* with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. George A. King,* with whom *Mr. William B. King* and *Mr. George R. Shields* were on the brief, for appellee.

---

No. 139. UNITED STATES EX REL. AARON SUÖLONEN *v.* FREDERICK A. WALLIS, COMMISSIONER OF IMMIGRATION, ETC. Appeal from the District Court of the United States for the Southern District of New York. Submitted December 4, 1922. Decided December 11, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 596, 600; *Pennsylvania Hospital* v. *Philadelphia,* 245 U. S. 20, 24; (2) *Fong Yue Ting* v. *United States,* 149 U. S. 698, 707, 728, 730; *Zakonaite* v. *Wolf,* 226 U. S. 272, 275; *Bugajewitz* v. *Adams,* 228 U. S. 585, 591; *Lewis* v. *Frick,* 233 U. S. 291, 302; *Ng Fung Ho* v. *White,* 259 U. S. 276. *Mr. Charles Recht* for appellant. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for appellee.